UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

RAM SINGH RAGHAVA,

    Plaintiff,

v.                                                            Case No. 19-11060

PAUL E. BROWN and
CASEY BROWN,

    Defendants.
_____/

**ORDER REFERRING MATTER TO**
**MICHIGAN ATTORNEY GRIEVANCE COMMISSION**

On May 27, 2020, the court entered a stipulated order dismissing this case with prejudice. (ECF No. 29.) Since entering this order, the court has been contacted by Plaintiff Ram Raghava on several occasions regarding the status of his settlement funds, which he asserts his attorney, Brian Dailey, has yet to disburse.[1] Most recently, the court received a letter from Plaintiff, attached to this order as Exhibit A, in which Plaintiff asserts that Mr. Dailey has yet to disburse his funds and that Mr. Dailey misrepresented certain information to the court. These allegations, if true, implicate possible violations of Michigan's Rules of Professional Conduct for attorneys.

Under this court's local rules, when presented with allegations of attorney misconduct which, if substantiated, would warrant discipline of an attorney who is a

---

[1] The court notes that court staff has encountered difficulty in reaching Mr. Dailey throughout these proceedings.

2

member of the bar of this court, the court may refer the matter to the Michigan Attorney Grievance Commission for investigation and prosecution. E.D. Mich. LR 83.22(c)(1).

The court makes no findings here of grievable behavior or as to the truthfulness of Plaintiff's allegations, but enters this order to notify the parties that this matter has been referred to the Michigan Attorney Grievance Commission for further proceedings and disposition.

                                                s/Robert H. Cleland                    /
                                                ROBERT H. CLELAND
                                                UNITED STATES DISTRICT JUDGE

Dated: September 8, 2020

I hereby certify that a copy of the foregoing document was mailed to counsel of record on this date, September 8, 2020, by electronic and/or ordinary mail.

                                                s/Lisa Wagner                    /
                                                Case Manager and Deputy Clerk
                                                (810) 292-6522

S:\Cleland\Cleland\HEK\Civil\19-11060.RAGHAVA.Referral attorney grievance commission.HEK.docx